JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY TEBAY, | No. 2:24-cv-02814-JAK (AYPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Regarding the Petition for Settlement Approval of Minor's Compromise entered on July 1, 2026, the settlement between Plaintiff Brittney Tebay, individually and on behalf of C.T., a minor, and Defendants Pacific International Vegetable Marketing, Inc. and OSR Enterprises, Inc. is approved on the terms and conditions set forth in the Court's July 1, 2026, Order. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the above-entitled action is dismissed with prejudice, with each party to bear its own costs.

Dated:  July 10, 2026

_____
John A. Kronstadt
United States District Judge

2